501 A.2d 634

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Jerry ROSENZWEIG, Respondent.**

Supreme Court of Pennsylvania.

Dec. 10, 1985.

Petition for Allowance of Appeal GRANTED, No. 161 E.D. Appeal Docket 1985.